MAYOR AND BOROUGH COUNCIL OF THE BOROUGH OF HIGHLAND PARK, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. FIRST NATIONAL BANK OF HIGHLAND PARK, DEFENDANT..

*Mr. Fred W. DeVoe* and *Mr. Maurice C. Brigadier* for the petitioner.

*Mr. Joseph H. Edgar* for the respondents.

December 14, 1953.   Denied.

IN THE MATTER OF THE ESTATE OF ROBERT E. NUESE, DECEASED.

See same case below: 25 *N. J. Super.* 406, 96 *A. 2d* 298.

*Messrs. Carey, Schenk & Jardine* for the petitioner.

*Messrs. McCarter, English & Studer* for the respondent.

December 14, 1953.   Granted.